UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,                      Civil No. 1:21-CV-736

vs.

                                                Hon. Paul L. Maloney
$42,020.00 U.S. CURRENCY,                 United States District Judge

        Defendant.
_____/

## JUDGMENT OF FORFEITURE BY DEFAULT

      This case is before the Court on Plaintiff's Motion for Judgment of Forfeiture by Default. No person or entity has come forth and filed a verified claim to $42,020.00 U.S. Currency (the "Defendant Property"). Furthermore, it appears that publication has been duly made in this matter, and that due notice was given. Accordingly, the Court finds:

      1.    That process was duly issued in this case and that the Defendant Property was duly seized by the Department of Homeland Security, Homeland Security Investigations;

      2.    That no individuals or business entities have an outstanding verified claim or answer to the Defendant Property; and

      3.    That the allegations of the Complaint are taken as admitted with respect to the Defendant Property.

      Based upon the above and the Court being otherwise fully advised in the

matter, it is hereby

**ORDERED AND ADJUDGED:**

1. That judgment of forfeiture by default is hereby entered against the Defendant Property in favor of the Plaintiff, to include all accrued interest since the time of seizure for Defendant Property.

2. That all persons claiming any right, title or interest in or to the Defendant Property are held in default.

3. That the Defendant Property is hereby forfeited to the United States of America pursuant to 21 U.S.C. § 881(a)(6) because it constitutes (1) money, negotiable instruments, securities and other things of value furnished or intended to be furnished in exchange for a controlled substance; and/or (2) proceeds traceable to such an exchange; and/or (3) money, negotiable instruments, and securities used or intended to be used to facilitate a violation of the Controlled Substances Act, 21 U.S.C. §§ 841, 846.

4. That all right, title, and interest in and to the Defendant Property is hereby condemned, forfeited, and vested in the United States of America, and the Defendant Property shall be disposed of by the United States Department of Homeland Security/Customs Border Protection or its designee according to applicable law and regulations.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Judgment.

Dated: December 20, 2021            /s/ Paul L. Maloney
                                                                                        PAUL L. MALONEY
                                                                                        United States District Judge